**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MARY JESSICA RUSSELL,

Plaintiff,

v. No. 2:26-cv-02005-DLM-KRS

NEW MEXICO DOULA ASSOCIATION,
LAS CRUCES DOULA ASSOCIATION,
CENTER OF SOUTHWEST CULTURE,
MELISSA LOPEZ SULLIVAN,
TUAZ TAMU POVI,
SHAHID MUSTAFA and
NANCY TORRES,

Defendants.

**ORDER GRANTING DOC. 7, MOTION FOR DISABILITY ACCOMMODATION**

Plaintiff, who is proceeding *pro se*, states:

> I have been diagnosed hard of hearing since 2013. Due to this, I use my phone and the apps I have downloaded to help transcribe conversations in real-time so that I can follow along easier and do not miss vital information. At this time I am not allowed to bring my phone into the Federal District Court house, due to the security regulations in place. This makes it more difficult and time-consuming for me when I have to interact with the Clerk to file or prepare documents. It will also make any in-person hearings or proceedings difficult to follow as well. I am therefore requesting that this Court provide an Order allowing me to bring my phone into the Courthouse as a reasonable accommodation for my disability.

Motion for Order Granting Reasonable Accommodation for a Disability, Doc. 7, filed July 17, 2026 ("Motion").

The District of New Mexico's Local Rule 83.1 states "No cameras, cellular telephones with cameras, transmitters, receivers or recording equipment may may be brought into or used in any courtroom or court environs." D.N.M.LR-Civ. 83.1(a). "The prohibitions of this rule do not apply

to . . . a note-taking or other device required because of a person's disability; or . . . court orders authorizing the use of such equipment." D.N.M.LR-Civ. 83.1(c)(5) and (7).

The Court grants Plaintiff's Motion for permission to bring her phone into the Courthouse. Plaintiff may use her phone and apps to transcribe conversations. Plaintiff shall not use her phone for any other purposes. The Court may revoke permission to bring her phone into the Courthouse if Plaintiff fails to comply with this Order.

**IT IS ORDERED** that Plaintiff's Motion for Order Granting Reasonable Accommodation for a Disability, Doc. 7, filed July 17, 2026, is **GRANTED.**

This 12th day of August, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE