**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MARY JESSICA RUSSELL,

Plaintiff,

v. No. 2:26-cv-02005-DLM-KRS

NEW MEXICO DOULA ASSOCIATION,
LAS CRUCES DOULA ASSOCIATION,
CENTER OF SOUTHWEST CULTURE,
MELISSA LOPEZ SULLIVAN,
TUAZ TAMU POVI,
SHAHID MUSTAFA and
NANCY TORRES,

Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO FILE ELECTRONICALLY**

Plaintiff, who is proceeding *pro se*, seeks permission to file documents electronically using the Court's Case Management/Electronic Case Filing ("CM/ECF") system. *See* Motion for Leave to File Electronically, Doc. 8, filed July 17, 2026.

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses her electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to

participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**ACCORDINGLY**, Plaintiff's Motion for Leave to File Electronically, Doc. 8, filed July 17, 2026, is **GRANTED.**

IT IS SO ORDERED this 12th day of August, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE