**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MARY JESSICA RUSSELL,

Plaintiff,

v. No. 2:26-cv-02005-DLM-KRS

NEW MEXICO DOULA ASSOCIATION,
LAS CRUCES DOULA ASSOCIATION,
CENTER OF SOUTHWEST CULTURE,
MELISSA LOPEZ SULLIVAN,
TUAZ TAMU POVI,
SHAHID MUSTAFA and
NANCY TORRES,

Defendants.

**ORDER REGARDING SERVICE ON INDIVIDUAL DEFENDANTS**

Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 which provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Court orders the Clerk of the Court to notify individual Defendants Sullivan, Povi,[1] Mustafa and Torres, at the addresses provided by Plaintiff in her Notice filed July 17, 2026, Doc. 9, that an action has been commenced and request that those Defendants waive service pursuant to Fed. R. Civ. P. 4(d).[2]

---

[1] The Notice spells this Defendant's name as "Pavi." The Court uses "Povi, " which is the spelling Plaintiff used multiple times in the Complaint.

[2] The Court previously ordered the Clerk to notify the business entity Defendants, New Mexico Doula Association, Las Cruces Doula Association, and Center of Southwest Culture, that an action has been commenced and to request that they waive service. *See* Doc. 5, filed June 29, 2026.

**ACCORDINGLY,** the Clerk of the Court is directed to notify the Individual Defendants that an action has been commenced and request that the Individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, and a copy of Plaintiff's Complaint, Doc. 2, filed June 23, 2026. The Clerk shall mail the notice, waiver of service form, a copy of this Order, and a copy of the Complaint to the Individual Defendants at the following addresses:

Melissa Sullivan-Lopez
4367 Calle Amarilla Arc
Las Cruces, NM 88011

Tauz Tamu Povi
10 Yopovi PO
Santa Fe, NM 87506

Shahid Mustafa
1699 Spruce Ave
Las Cruces, NM 88001

Nancy Torres
6968 Escondido Dr.
El Paso, TX 79912

If the docket shows that any Individual Defendant did not return the waiver within 45 days after mailing of the notice, waiver form, and copy of the Complaint, then Plaintiff shall file a motion requesting that officers of the Court serve a copy of the summons and Complaint on those Defendants.

IT IS SO ORDERED this 12th day of August, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE